UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DVORA WEINSTEIN,

      Plaintiff,

              -against-

CARDIS ENTERPRISES INTERNATIONAL,
N.V., CARDIS ENTERPRISES
INTERNATIONAL (U.S.A.), CHOSHEN
ISRAEL GROUP, LLC, AARON DAVID
FISCHMAN, AVI TOKAYER, STEVE BROWN,
and LAWRENCE KATZ

      Defendants.
-----------------------------------------------------------------x

Case No.: 16-CV-02661-SJF-SIL

Hon. Sandra J. Feuerstein

**<u>DECLARATION OF
OUTGOING COUNSEL</u>**

ROBERT B. VOLYNSKY declares as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Eastern District of New York. I am an associate at the law firm Sichenzia Ross Ference Kesner LLP ("SRFK").

2. I respectfully submit this declaration, pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern and Eastern District of New York, in support of the stipulation and order substituting SRFK for the Law Offices of Lawrence Katz as counsel of record for Defendant Lawrence Katz in the above-captioned action.

3. Defendant has requested that the Law Offices of Lawrence Katz represent him in this action and has consented to the withdrawal of SRFK.

4. I respectfully submit that the substitution of counsel will not unnecessarily delay this action or prejudice any party, and therefore respectfully request that the Court approve the Stipulation and Order of Substitution of Counsel submitted herewith.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2017

_____
Robert B. Volynsky, Esq.