UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DVORA WEINSTEIN, :
: Case No.: 16-CV-02661-SJF-SIL
        Plaintiff, :
:
                    -against- : Hon. Sandra J. Feuerstein
:
CARDIS ENTERPRISES INTERNATIONAL, :
N.V., CARDIS ENTERPRISES :
INTERNATIONAL (U.S.A.), CHOSHEN : **AFFIRMATION OF**
ISRAEL GROUP, LLC, AARON DAVID : **SERVICE**
FISCHMAN, AVI TOKAYER, STEVE BROWN, :
and LAWRENCE KATZ :
:
        Defendants. :
------------------------------------------------------------------x

    I, Robert B. Volynsky, an attorney, hereby declare under penalty of perjury, that on **February 6, 2017**, I served true and correct copies of the **Stipulation and Order of Subsitution of Counsel and Declaration of Outgoing Counsel** by U.S. Mail to:

        Law Offices of Lawrence Katz    Law Offices of Lawrence Katz
        Attn: Lawrence Katz, Esq.          Attn: Lawrence Katz, Esq.
        70 Sunrise Highway                 200 Broadhollow Rd., #207
        Valley Stream, NY 11581            Melville, New York 11747

Dated: February 7, 2017
       New York, New York

                                                ROBERT VOLYNSKY, ESQ.