UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DVORA WEINSTEIN,

        Plaintiff,

                -against-

CARDIS ENTERPRISES INTERNATIONAL,
N.V., CARDIS ENTERPRISES
INTERNATIONAL (U.S.A.), CHOSHEN
ISRAEL GROUP, LLC, AARON DAVID
FISCHMAN, AVI TOKAYER, STEVE BROWN,
and LAWRENCE KATZ

        Defendants.
------------------------------------------------------------x

Case No.: 16-CV-02661-SJF-SIL

Hon. Sandra J. Feuerstein

**AFFIRMATION OF**
**SERVICE**

    I, Robert B. Volynsky, an attorney, hereby declare under penalty of perjury, that on **February 6, 2017**, I served true and correct copies of the **Notice of Motion to Withdraw as Attorney, Proposed Order, Memorandum of Law in Support of the Motion to Withdraw as Attorney, and Affirmation of Jay M. Kaplowitz**, by U.S. Mail to the individuals and entities identified below:

| | |
|---|---|
| Aaron David Fischman<br>703 Carlyle St.<br>Woodmere, NY 11598 | Law Offices of Jacob Z. Weinstein, PLLC<br>Attn: Jacob Z. Weinstein, Esq.<br>545 Fifth Avenue, Suite 840<br>New York, NY 10017 |
| Cardis Enterprises International<br>(U.S.A.) Inc.<br>445 Central Avenue<br>Cedarhurst, NY 11516 | Choshen Israel LLC<br>445 Central Avenue<br>Cedarhurst, NY 11516 |
| Law Offices of Lawrence Katz<br>Attn: Lawrence Katz, Esq.<br>70 Sunrise Highway<br>Valley Stream, NY 11581 | Law Offices of Lawrence Katz<br>Attn: Lawrence Katz, Esq.<br>200 Broadhollow Road, # 217<br>Melville, NY 11747 |

    I further certify, that on **February 6, 2017**, I served true and correct copies of the above-mentioned documents by FedEx International Priority to:

        Cardis Enterprises International, N.V.

                N.V., Kaya Richard J. Baujon Z/N
                P.O. Box 837
                Willemstad, Curacao

Dated: February 7, 2017
      New York, New York

                                                _____
                                                ROBERT VOLYNSKY, ESQ.